ORIGINAL

FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0039

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JAMIE RUTH BASZLER,

Defendant and Appellant.

**FILED**

JUL 1 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On January 13, 2023, Appellant Jamie Ruth Baszler filed a Notice of Appeal in this matter. In that Notice, Baszler asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). On February 23, 2023, the District Court record, except for transcripts, was filed in this Court. Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met.

On May 31, 2023, having received no transcripts nor requests for extension of time, this Court ordered Baszler to file a report on the status of this appeal on or before June 30, 2023. Baszler has not filed a status report nor have any other filings been made in this appeal.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant Jamie Ruth Baszler and to all counsel of record.

DATED this 18 day of July, 2023.

_____

_____

_____

_____

_____
                    Justices